Law Library

# IN THE SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
OF GUAM

2012 FEB 16 PM 4: 55



PEOPLE OF GUAM, )  CIVIL CASE NO. CV1167-09
)
      Plaintiff, )  BY
)
    vs. )  **DISMISSAL ORDER**
)  **For Failure to Prosecute**
KASHIA SACHS, )
)
      Defendants. )
)

This matter came before the HONORABLE VERNON P. PEREZ on March 9, 2011 on trial de novo for Defendant's appeal of a Traffic Citation. Defendant, who is without counsel, did not appear. The Court was unable to continue or adjudicate the matter as Defendant has not been located.

This case arises from a Traffic Citation issued to Kashia Sachs, (hereinafter "Defendant") under Traffic Citation No: 1C00 710670. Defendant fought the citation and was found guilty by Referee Sison. Defendant shortly thereafter appealed the Judgment to this Court. Defendant had notice of the trial date and did not show at the trial de novo before this Court. Police Officer Alex A. Blanquisco was present on behalf of the People. For nearly a year, since the trial date of March 9, 2011, this Court has not been able to locate Defendant and Defendant has made no attempt to continue this matter or complete the appeal. Defendant's last presence in Court was August 8, 2009. This matter is pending on the Court docket and continues to remain open and active. Defendant has done nothing to notify this Court of his inability to prosecute his appeal or intent to see the matter to its conclusion. Therefore, this Court *sua sponte* dismisses this case for lack of prosecution.

It is hereby ORDERED that this case be DISMISSED of record.

So ORDERED this ___ day of Feburary, 2012.

FEB 1 7 2012

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the Office of the Clerk of the Court, Superior Court of Guam
DATED: FEB 1 7 2012

JERRY M. QUENGA
DEPUTY CLERK, Superior Court of Guam

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM